UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GEORGE STAMOS, Jr.,<br><br>    Petitioner,<br><br>  v.<br><br>RANDY GROUNDS,<br><br>    Respondent. | Case No. 15-cv-4730-TEH<br><br>ORDER OF TRANSFER |

    This is a habeas case filed pro se by a state prisoner. He seeks review of a prison disciplinary finding that resulted in the loss of time credits. The disciplinary finding appears to have occurred when Petitioner was incarcerated in this district. However, Petitioner is now at Corcoran Prison which is located in the Eastern District of California.

    Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, the district of confinement is the preferable forum to review the execution of a sentence, such as the loss of time credits. Habeas L.R. 2254-3(a); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989). Because Petitioner is now confined in the Eastern District of California and challenging the execution of his sentence, pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this action is TRANSFERRED to the United States District Court for the Eastern

District of California.

    IT IS SO ORDERED.

Dated: 12/02/2015

_____
THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\HC.15\Stamos4730.transfer.docx